UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

TIM GILBERT )
)
v. ) NO. 1:13cv0006
) JUDGE HAYNES
JHERI BETH RICH, et al. )
)

ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 2/21/2013.

      KEITH THROCKMORTON, CLERK
      s/Tina M. Webster, Deputy Clerk